AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

FOR THE DISTRICT OF MASSACHUSETTS

Joseph E. Blake

v.

Robert Murphy, et al.

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 05-10508 RGS

I, Joseph E. Blake, declare that I am the (check appropriate box)

[X] petitioner/plaintiff        [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant   [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

The plaintiff, Joseph E. Blake is filing a civil rights complaint pursuant to 42 U.S.C. §1983, stating that the defendants are holding him conditions which are more restrictive than those faced by the plaintiff while being confined for a criminal offense, which violates the plaintiffs rights under the 14th Amendment to the U.S. Constitution

In further support of this application, I answer the following questions.

1. Are you presently employed?                                Yes [ ]    No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)




   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
April 1, 1998 @ approximately $2000.00 monthly

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment       Yes [ ]    No [X]
   b. Rent payments, interest or dividends?                       Yes [ ]    No [X]
   c. Pensions, annuities or life insurance payments?             Yes [ ]    No [X]
   d. Gifts or inheritances?                                      Yes [ ]    No [X]
   e. Any other sources?                                          Yes [ ]    No [X]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?  
   Yes [X]   No [ ]   (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

   $118.96 in inmate savings

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?  
   Yes [X]   No [ ]

   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/10/05__     _____  
         (Date)                        Signature of Applicant

---

**CERTIFICATE**  
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 178.00 [131.61 Savings] on account to his credit at the _____ Bridgewater Correctional Company _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ 50.37

_____  
Authorized Officer of Institution

---

**ORDER OF COURT**

| The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. | The application is hereby denied |
|---|---|
| _____  _____ United States Judge       Date | _____  _____ United States Judge    Date  or Magistrate |

AO 240 Reverse

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

FILED
IN CLERKS OFFICE

2005 MAR -3 P 12: 02

DISTRICT COURT
DISTRICT OF MASS

Inmate Name.... JOSEPH BLAKE

Commitment number.... M82152

Period encompassed....   8/22/2004    2/22/2005

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 08/22/04 | $ 12.36 | $ 537.93 | $ 550.29 |
| Balance as of | 09/22/04 | $ 0.19 | $ 253.83 | $ 254.02 |
| Balance as of | 10/22/04 | $ 1.84 | $ 256.84 | $ 258.68 |
| Balance as of | 11/22/04 | $ 0.14 | $ 257.37 | $ 257.51 |
| Balance as of | 12/22/04 | $ 0.02 | $ 151.28 | $ 151.30 |
| Balance as of | 1/22/2005 | $ 5.04 | $ 151.66 | $ 156.70 |
| Ending Balance: | 02/22/05 | $ 1.78 | $ 132.61 | $ 134.39 |

Six month average balance:        $ 251.84

20% of six month average balance:  $ 50.37

total expenditures for period:     $ 534.29

total income for period:           $ 536.07

To the best of my knowledge the above summary information is true and accurate:

Signed: *Jeanne Petrillo*                                      2/22/2005
Jeanne L. Petrillo

*note to clear numbers Ctrl-Z*

# MASSACHUSETTS NOTARY SIGNATURE WITNESSING

Commonwealth of Massachusetts } SS.

County of : **PLYMOUTH**

On this the __25__ day of __FEBRUARY,__ __2005__, before me,
          Day                  Month       Year

**MANUEL JAMES BOTELHO**, the undersigned Notary Public,

Personally appeared __Joseph Blakes__,
                    Name(s) of Signer(s)

Proved to me through satisfactory evidence of identity, which was/were

__Inmate I.D. M82152__,
                Description of Evidence of Identity

To be the person(s) whose name(s)
Was/were signed on the preceding or
Attached document in my presence.



_____
Signature of Notary Public

**MANUEL JAMES BOTELHO**
Printed Name of Notary

My Commission Expires: **16 July 2010**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joeseph E. Blake

V.

CIVIL ACTION NO._____

Robert Murphy, et al.

## AFFIDAVIT

I, Joseph E. Blake_____, an applicant to proceed in forma pauperis in the above named case, hereby depose and say as follows:

1. Attached hereto is a copy of the records reflecting the current status of my prison account maintained pursuant to the provisions of Massachusetts General Laws, Ch. 128, Sec. 3, and applicable regulations of the Department of Corrections.

2. Of those funds currently maintained in my prison account, the amount of $ 0.00 represents compensation paid to my account for labor performed within the meaning of Massachusetts General Laws, c. 127 sec. 48(a).

_____
Signature of Applicant

Sworn and subscribed to before me this ____ day of _____, 1993.

_____
**NOTARY PUBLIC**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20050222 14:30

Page : 1

| Commit# : | M82152 | | | MASS. TREATMENT CENTER | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Name : | BLAKE, JOSEPH, , | | | Statement From | 20040801 | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050222 | | |
| Block : | C1 | | | | | | |
| Cell/Bed : | 007 /T | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | Total Transaction before this Period : | | $1,233.45 | $1,225.38 | $1,540.88 | $824.23 |
| 20040802 14:37 | IC - Transfer from Inmate to Club A/c | 3168157 | | MTC | ~APPLIANCE ORDER~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $35.84 | $0.00 | $0.00 |
| 20040802 14:37 | AT - Account Transfer | 3168155 | | MTC | ~SUPT. APPROVED APPLIANCE ORDER~M82152 BLAKE,JOSEPH PERSONAL | $35.84 | $0.00 | $0.00 | $35.84 |
| 20040804 14:30 | EX - External Disbursement | 3173959 | 93315 | MTC | ~FLYING BUFFALO | $0.00 | $8.00 | $0.00 | $0.00 |
| 20040804 14:48 | AT - Account Transfer | 3174022 | | MTC | ~SUPT. APPROVED~M82152 BLAKE,JOSEPH PERSONAL | $165.00 | $0.00 | $0.00 | $165.00 |
| 20040804 14:49 | EX - External Disbursement | 3174031 | 93299 | MTC | ~FAYE HONEYCOTT | $0.00 | $165.00 | $0.00 | $0.00 |
| 20040804 23:01 | PY - Payroll | 3181856 | | MTC | ~20040718 To 20040724 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040804 23:01 | PY - Payroll | 3181857 | | MTC | ~20040718 To 20040724 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040805 22:30 | CN - Canteen | 3190582 | | MTC | ~Canteen Date : 20040805 | $0.00 | $7.05 | $0.00 | $0.00 |
| 20040810 15:16 | CI - Transfer from Club to Inmate A/c | 3201531 | | MTC | ~CANTEEN REFUND 8/5~M82152 BLAKE,JOSEPH PERSONAL~KCN WASH ACCOUNT~Z5 | $0.58 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3216443 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:03 | IS - Interest | 3216444 | | MTC | | $0.00 | $0.00 | $1.12 | $0.00 |
| 20040811 23:01 | PY - Payroll | 3226242 | | MTC | ~20040725 To 20040731 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040811 23:01 | PY - Payroll | 3226243 | | MTC | ~20040725 To 20040731 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040816 14:47 | IC - Transfer from Inmate to Club A/c | 3240882 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.24 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3254357 | | MTC | ~20040801 To 20040807 | $7.00 | $0.00 | $0.00 | $0.00 |
| 20040818 23:01 | PY - Payroll | 3254358 | | MTC | ~20040801 To 20040807 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040825 23:01 | PY - Payroll | 3283058 | | MTC | ~20040808 To 20040814 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20040825 23:01 | PY - Payroll | 3283219 | | MTC | ~20040808 To 20040814 | $0.50 | $0.00 | $0.00 | $0.00 |
| 20040825 23:01 | PY - Payroll | 3283059 | | MTC | ~20040808 To 20040814 | $0.00 | $0.00 | $6.00 | $0.00 |
| 20040825 23:01 | PY - Payroll | 3283220 | | MTC | ~20040808 To 20040814 | $0.00 | $0.00 | $0.50 | $0.00 |
| 20040826 22:30 | CN - Canteen | 3290052 | | MTC | ~Canteen Date : 20040826 | $0.00 | $3.28 | $0.00 | $0.00 |
| 20040827 10:00 | EX - External Disbursement | 3293181 | 93892 | MTC | ~FLYING BUFFALO INC | $0.00 | $8.00 | $0.00 | $0.00 |
| 20040902 22:30 | CN - Canteen | 3317636 | | MTC | ~Canteen Date : 20040902 | $0.00 | $7.40 | $0.00 | $0.00 |
| 20040903 12:27 | AT - Account Transfer | 3321279 | | MTC | ~M82152 BLAKE,JOSEPH PERSONAL | $291.59 | $0.00 | $0.00 | $291.59 |
| 20040903 12:32 | EX - External Disbursement | 3321299 | 94071 | MTC | ~PROGRESS ENERGY FLORIDA | $0.00 | $291.59 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3342495 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040908 16:51 | IS - Interest | 3342496 | | MTC | | $0.00 | $0.00 | $0.99 | $0.00 |
| 20040922 23:02 | PY - Payroll | 3410931 | | MTC | ~20040905 To 20040911 | $7.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050222 14:30

Page: 2

| Commit# : | M82152 | | | | MASS. TREATMENT CENTER | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | BLAKE, JOSEPH, , | | | | Statement From | 20040801 | | | |
| Inst : | MASS. TREATMENT CENTER | | | | To | 20050222 | | | |
| Block : | C1 | | | | | | | | |
| Cell/Bed : | 007 /T | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040922 23:02 | PY - Payroll | 3410932 | | MTC | ~20040905 To 20040911 | $0.00 | $0.00 | $7.00 | $0.00 |
| 20040930 22:30 | CN - Canteen | 3444400 | | MTC | ~Canteen Date : 20040930 | $0.00 | $0.17 | $0.00 | $0.00 |
| 20041001 13:06 | AT - Account Transfer | 3448028 | | MTC | ~M82152 BLAKE,JOSEPH PERSONAL | $7.50 | $0.00 | $0.00 | $7.50 |
| 20041001 13:07 | IC - Transfer from Inmate to Club A/c | 3448030 | | MTC | ~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $7.50 | $0.00 | $0.00 |
| 20041006 23:03 | PY - Payroll | 3469243 | | MTC | ~20040919 To 20040925 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20041006 23:03 | PY - Payroll | 3469244 | | MTC | ~20040919 To 20040925 | $0.00 | $0.00 | $1.50 | $0.00 |
| 20041007 22:30 | CN - Canteen | 3477347 | | MTC | ~Canteen Date : 20041007 | $0.00 | $6.79 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3507577 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3507578 | | MTC | | $0.00 | $0.00 | $0.51 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3516448 | | MTC | ~20040926 To 20041002 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20041013 23:01 | PY - Payroll | 3516449 | | MTC | ~20040926 To 20041002 | $0.00 | $0.00 | $1.50 | $0.00 |
| 20041014 22:30 | CN - Canteen | 3525019 | | MTC | ~Canteen Date : 20041014 | $0.00 | $1.39 | $0.00 | $0.00 |
| 20041026 08:40 | ML - Mail | 3568653 | | STH | ~SUSAN MAYNARD | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041026 08:40 | MA - Maintenance and Administration | 3568654 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041026 08:40 | TI - Transfer from Institution | 3568656 | | STH | ~Associate Receipt Number is 3568653 | $0.00 | $19.00 | $0.00 | $0.00 |
| 20041026 08:40 | TI - Transfer from Institution | 3568657 | | MTC | ~Associate Receipt Number is 3568653 | $19.00 | $0.00 | $0.00 | $0.00 |
| 20041028 22:30 | CN - Canteen | 3585724 | | MTC | ~Canteen Date : 20041028 | $0.00 | $20.70 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3653144 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3653145 | | MTC | | $0.00 | $0.00 | $0.53 | $0.00 |
| 20041129 13:26 | AT - Account Transfer | 3734760 | | MTC | ~M82152 BLAKE,JOSEPH PERSONAL | $106.65 | $0.00 | $0.00 | $106.65 |
| 20041129 13:27 | IC - Transfer from Inmate to Club A/c | 3734762 | | MTC | ~821,827,5-822,2-823~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $106.65 | $0.00 | $0.00 |
| 20041130 09:32 | ML - Mail | 3739671 | | STH | ~MICHELLE BLAKE | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041130 09:32 | MA - Maintenance and Administration | 3739672 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041130 09:32 | TI - Transfer from Institution | 3739674 | | STH | ~Associate Receipt Number is 3739671 | $0.00 | $39.00 | $0.00 | $0.00 |
| 20041130 09:32 | TI - Transfer from Institution | 3739675 | | MTC | ~Associate Receipt Number is 3739671 | $39.00 | $0.00 | $0.00 | $0.00 |
| 20041202 22:30 | CN - Canteen | 3759850 | | MTC | ~Canteen Date : 20041202 | $0.00 | $25.82 | $0.00 | $0.00 |
| 20041203 11:16 | EX - External Disbursement | 3764400 | 96078 | MTC | ~FLYING BUFFALO INC | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041203 11:16 | MA - Maintenance and Administration | 3764401 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3786127 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3786128 | | MTC | | $0.00 | $0.00 | $0.56 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20050222 14:30

Page: 3

| Commit# : | M82152 | | | MASS. TREATMENT CENTER | | | | |
| Name : | BLAKE, JOSEPH. , | | | Statement From | 20040801 | | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20050222 | | | |
| Block : | C1 | | | | | | | |
| Cell/Bed : | 007 /T | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041209 22:30 | CN - Canteen | 3810671 | | MTC | ~Canteen Date : 20041209 | $0.00 | $2.30 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3987078 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3987079 | | MTC | | $0.00 | $0.00 | $0.38 | $0.00 |
| 20050119 09:18 | ML - Mail | 4009775 | | STH | ~SUE MAYNARD | $12.00 | $0.00 | $0.00 | $0.00 |
| 20050119 09:18 | MA - Maintenance and Administration | 4009776 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050119 09:18 | TI - Transfer from Institution | 4009778 | | STH | ~Associate Receipt Number is 4009775 | $0.00 | $11.00 | $0.00 | $0.00 |
| 20050119 09:18 | TI - Transfer from Institution | 4009779 | | MTC | ~Associate Receipt Number is 4009775 | $11.00 | $0.00 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4022468 | | MTC | ~Canteen Date : 20050120 | $0.00 | $5.98 | $0.00 | $0.00 |
| 20050128 14:47 | EX - External Disbursement | 4055437 | 97370 | MTC | ~FLYING BUFFALO | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050208 08:29 | ML - Mail | 4098967 | | STH | ~SUE MAYNARD | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050208 08:29 | MA - Maintenance and Administration | 4098968 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050208 08:29 | TI - Transfer from Institution | 4098974 | | STH | ~Associate Receipt Number is 4098967 | $0.00 | $9.00 | $0.00 | $0.00 |
| 20050208 08:29 | TI - Transfer from Institution | 4098975 | | MTC | ~Associate Receipt Number is 4098967 | $9.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4116085 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4116086 | | MTC | | $0.00 | $0.00 | $0.41 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4135254 | | MTC | ~Canteen Date : 20050210 | $0.00 | $8.26 | $0.00 | $0.00 |
| 20050214 15:27 | AT - Account Transfer | 4145030 | | MTC | ~SUPT. APPROVED FOR COSMETICS~M82152 BLAKE,JOSEPH  PERSONAL | $19.46 | $0.00 | $0.00 | $19.46 |
| 20050217 22:30 | CN - Canteen | 4169682 | | MTC | ~Canteen Date : 20050217 | $0.00 | $19.46 | $0.00 | $0.00 |
| | | | | | | $824.13 | $830.42 | $42.00 | $626.04 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $1.78 | $132.61 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $1.78 | $132.61 | $0.00 | $0.00 | $0.00 | $0.00 |