UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Joseph E. Blake,

    Plaintiff,

CIVIL ACTION NO.

V.

Robert Murphy, et al,

    Defendants,

PLAINTIFF'S MOTION to FILE a MEMORANDUM
in EXCESS of TWENTY PAGES in OPPOSITION
to DISMISSAL UNDER 28 U.S.C. § 1915

Now comes the plaintiff, Joseph E. Blake, Pro Se, and moves this Honorable Court to allow him to file a memorandum in opposition to Dismissal under 28 U.S.C. § 1915, in excess of the twenty pages permitted pursuant to LR. 7.1 (B)(4).

**WHEREFORE**, the Plaintiff respectfully requests that this Honorable Court allow this motion.

Dated: 6/9/05 .

Respectfully Submitted,

Joseph E. Blake, Pro Se
Mass Treatment Center
30 Administration Rd.
Bridgewater, MA 02324