UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH BLAKE,                                    )
         Plaintiff,                          )
                                   )
         v.                                  )   C.A. No. 05-10508-RGS
                                   )
ROBERT MURPHY, ET AL.,                   )
         Defendants.                       )

MEMORANDUM AND ORDER

      On July 13, 2005 this Court granted Plaintiff Blake leave to file excess pages in support

of in opposition to dismissal of this action.  Upon further review of the record, the Order

granting leave to file excess pages is VACATED.  To date, no Order of Dismissal has issued in

this action.  Rather, the Court has declined to treat this action as a Class Action, but has not

dismissed Plaintiff's claims concerning the conditions of his confinement <u>as they relate solely to

the Plaintiff</u>.  Plaintiff's numerous complaints about the conditions at Nemansket Correctional

Center are currently under review by this Court, pursuant to 28 U.S.C. § 1915.   Upon

completion of screening this Court shall issue a further Order.

      Accordingly, Plaintiff is not granted leave to file an opposition to the dismissal, since

there has been no dismissal.   To the extent that Plaintiff seeks reconsideration of this Court's

ruling as to Class Certification, the Court will permit such a motion to be filed, however, the

Court will not grant leave to exceed twenty pages.

SO ORDERED.


DATED: August 3, 2005                          /s/ Richard G. Stearns
                                        RICHARD G. STEARNS
                                        UNITED STATES DISTRICT JUDGE