Clerk of Courts,

Please find for filing on C.A. 05-10508-RGS the enclosed Motion(s):

Plaintiff's Motion to Amend the Complaint,

And;

Amended Complaint

Also enclosed - Please find a copy of my legal Name Change from:

Joseph E. ~~Scott~~ Blake

To

Joseph Gentle Moose Blake

Dated 6/24/05

Thankyou for your time + help in this matter.

Sincerely,

Joseph Gentle Moose Blake

**Commonwealth of Massachusetts**
The Trial Court

Plymouth Division    Probate and Family Court Department    Docket No. 05C0035-CA1

### Change of Name(s)

Name of Petitioner: Joseph E. Blake

30 Administration Rd.    Bridgewater    Plymouth    02324
(Street and No.)    (City or Town)    (County)    (Zip)

Occupation: unemployed
Date and Place of Birth: Dec. 29, 1973 North Adams, MA.
Name of Spouse: N/A
Occupation: N/A
Date and Place of Birth: N/A
Names of Minor Children: N/A

Reason for change: Religious Purposes

Have parties ever changed their names prior to this petition? NO  If answer is yes, explain _____

Petitioner(s) pray(s) that his/her/their name(s) be changed as follows: Joseph Gentle Moose Blake

**Names at Present:**    **To be changed to:**
Petitioner: Joseph E. Blake    Joseph Gentle Moose Blake
Spouse: 
Child: N/A    N/A
Child: 
Child: 
Child: 

Date: 4/6/05

SIGNATURE OF PETITIONER

SIGNATURE OF SPOUSE

Signature of Minors as signed by father or mother as next friend.

### Decree

Notice having been given according to the order of the Court, and no objection being made, it is decreed that the above name(s) be changed as prayed for, which name(s) he/she/they shall hereafter bear, and which shall be his/her/their legal name(s).

Date: 6/24/05

JUSTICE OF THE PROBATE AND FAMILY COURT

CJ-P 27 (8/88)

8

Register