UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Joseph E. Blake,
    Plaintiff,

v.

Robert Murphy,
Kathleen Dennehy,
Massachusetts Department of Corrections
    Defendants.

CIVIL ACTION
NO.

CA. 05-10508-RGS

## PLAINTIFF'S MOTION TO AMEND THE COMPLAINT

The plaintiff, Joseph E. Blake, moves to amend the complaint. In support of this motion the plaintiff states that Rule 15 (a) of the Federal Rules of Civil Procedure provides that the complaint may be amended once as a matter of course, if the defendants have not already answered or otherwise responded to the complaint. The defendants in this case have not answered or otherwise responded to the complaint in this case, filed with this motion is the proposed complaint.

*[signature]*
Joseph E. Blake, Plaintiff

*[signature]*
Joseph E. Blake, Pro Se
Mass. Treatment Center
30 Administration Rd.
Bridgewater, MA 02324