UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH "GENTLE MOOSE" BLAKE,<br>      Plaintiff, | )<br>)<br>) |
| v. | )   C.A. No. 05-10508-RGS<br>) |
| ROBERT MURPHY, ET AL.,<br>      Defendants. | )<br>) |

MEMORANDUM AND ORDER

STEARNS, D.J.

On October 31, 2005, this Court entered a Memorandum and Order (#7) outlining the parameters of this civil action, and directing summonses issue to the Defendants. Subsequently, on November 7, 2005, Plaintiff filed a Motion to Change his Name to Joseph "Gentle Moose" Blake (#8), advising that he has legally changed his name. On November 10, 2005, Plaintiff also filed a Motion to Amend the Complaint (#9), (to reflect the name change, and to add additional allegations to his § 1983 claims).

It is hereby ORDERED that Plaintiff's Motion to Change his Name to Joseph "Gentle Moose" Blake (#8) is Allowed, and the clerk shall correct the caption of this case accordingly. It is FURTHER ORDERED that Plaintiff's Motion to Amend the Complaint (#9) is allowed, subject to the parameters previously set forth in the Memorandum and Order (#7). Plaintiff is directed to serve the Amended Complaint on the Defendants as part of the service of process. Plaintiff is responsible for effectuating service of process on the Defendants, notwithstanding that costs shall be borne by the United States Marshal.

It is FURTHER ORDERED that, in the interests of judicial economy, no further amendments to the Amended Complaint shall be permitted unless and until the Defendants have

been properly served and have filed a response to the Amended Complaint, absent a showing of

good cause why a further amendment is necessary.


SO ORDERED.


DATED: November 15, 2005                    /s/ Richard G. Stearns
                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE