U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal"*
*on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph Gentle Moose Blake | C.A.05-10508-RGS |
| **DEFENDANT** | **TYPE OF PROCESS** |
| Kathleen Dennehy | Civil Summons |

FILED IN CLERKS OFFICE
2005 NOV 18 P 4: 29
U.S. DISTRICT COURT
DISTRICT OF MASS.

| SERVE | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| ➡ | Kathleen Dennehy |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| **AT** | 50 Maple Street, Suite 3, Milford, Massachusetts 01757 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

| | |
|---|---|
| Joseph Gentle Moose Blake<br>30 Administration Road<br>Bridgewater, MA 02324 | Number of process to be served with this Form - 285 **1** |
| | Number of parties to be served in this case **2** |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The defendant being served in this instance is the Commissioner of the Massachusetts Department of Correction and as such is generally available at the above address during normal business hours Monday-Friday.

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>N/A | DATE<br>11-2-05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/08/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☑ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service    Time    am<br><br>    pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS: 11/8/05 Process forwarded to USMS Worcester RA
10/10/05 Unable to locate defendant at above address RA

| PRIOR EDITIONS<br>MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT FILED CLERKS OFFICE

District of _____MASSACHUSETTS_____

18 P 4: 29

**JOSEPH BLAKE**

**Plaintiff**

**SUMMONS IN A CIVIL CASE**

V.

**KATHLEEN DENNEHY, ET AL.,**    **CASE**    **C.A. 05-10508-RGS**

**Defendants**

**TO:** (Name and address of Defendant)

## KATHLEEN DENNEHY,
## COMMISSIONER, MASSACHUSETTS DEPARTMENT OF CORRECTIONS
50 Maple Street, Suite 3
Milford, Massachusetts 01757

**YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY** (name and address)

## JOSEPH BLAKE, *PRO SE*

Mass. Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

an answer to the complaint which is herewith served upon you,   **20**_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against
you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within
a reasonable period of time after service.

**SARAH ALLISON THORNTON**    **11/1/05**

**CLERK**    **DATE**

(By) DEPUTY CLERK