UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10508-RGS

JOSEPH E. BLAKE,
        Plaintiff,

v.

ROBERT MURPHY, *et al*,
        Defendants.

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

NOW COMES the Defendants, Robert Murphy and Kathleen Dennehy,[1] by and through undersigned counsel, and hereby moves this honorable Court to enlarge the time for serving a responsive pleading to plaintiff's complaint, up to and including February 20 2006.

The additional time is required in order to allow counsel to investigate plaintiff's numerous allegations and claims and develop a meaningful response. Additional time is also required due to counsel's heavy case load. Among other work, counsel is in the process of completing an appellate brief, Bates v. Commonwealth, No. 2005-P- 0959, which is due in the Massachusetts Appeals Court on December 23, 2005. Counsel is also representing the Commonwealth of Massachusetts in a G.L.c. 123A, § 9, Sexually Dangerous person ("SDP") Superior Court jury trial, Pentlarge v. Commonwealth, Suffolk No. 04-10720, which is scheduled for trial on January 11, 2006. SDP trials are extremely fact intensive and require significant

---

1 The Massachusetts Department of Correction ("DOC") was originally a defendant in this action. On or about October 31, 2005, the Court dismissed all claims against DOC. To the extent that the defendant raises any additional claims against DOC in his Amended complaint, undersigned counsel will represent DOC as well.

preparation. It is anticipated that the <u>Pentlarge</u> trial will take three to four weeks. This extension will in no way prejudice the plaintiff's lawsuit.

                                Respectfully Submitted

                                by the Commonwealth

                                NANCY ANKERS WHITE
                                Special Assistant Attorney General

                      by:     /s/ Brian P. Mansfield
                                Brian P. Mansfield, Counsel
                                Department of Correction
                                Massachusetts Treatment Center
                                30 Administration Road
                                Bridgewater, Massachusetts 02324
                                (508) 279-8180
Dated: December 20, 2005         BBO Number 564671


## **CERTIFICATE OF SERVICE**

     I hereby certify that I did this day serve a photocopy of the above document upon the plaintiff by Institutional Mail.

                                /s/ Brain P. Mansfield___
Dated:  December 20, 2005         Brian P. Mansfield