UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10508-RGS

**JOSEPH E. BLAKE,**
              **Plaintiff,**

v.

**ROBERT MURPHY,** *et al*,
              **Defendants.**

## NOTICE OF APPEARANCE

Please note the undersigned's appearance on behalf of the defendants, Robert Murphy and Kathleen Dennehy.[1]  This notice of appearance is not intended as a waiver of any defense the defendants may have, including any defense regarding service of process.  The defendants specifically reserve any such defenses.

|  |  |
|---|---|
|  | Respectfully Submitted by the Commonwealth |
|  | NANCY ANKERS WHITE Special Assistant Attorney General |
| by: | /s/ Brian P. Mansfield Brian P. Mansfield, Counsel Department of Correction Massachusetts Treatment Center 30 Administration Road Bridgewater, Massachusetts 02324 (508) 279-8180 |
| Dated: December 20, 2005 | BBO Number 564671 |

---

1 The Massachusetts Department of Correction ("DOC") was originally a defendant in this action. On or about October 31, 2005, the Court dismissed all claims against DOC. To the extent that the defendant raises any additional claims against DOC in his Amended complaint, undersigned counsel will represent DOC as well.

## CERTIFICATE OF SERVICE

      I hereby certify that I did this day serve a photocopy of the above document upon the plaintiff by Institutional Mail.

Dated:  December 20, 2005

/s/ Brain P. Mansfield  
Brian P. Mansfield