UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10508-RGS

JOSEPH E. BLAKE,
    Plaintiff,

v.

ROBERT MURPHY, *et al*,
    Defendants.

---

### DEFENDANT'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

---

Pursuant to Fed. R. Civ. P. 12 (b)(6), defendants Robert Murphy and Kathleen Dennehy move to dismiss the plaintiff's complaint. Alternatively, the defendant moves for summary judgment pursuant to Fed. R. Civ. P. 56 (c). In support of this motion defendants submit a memorandum of law.

                                DEFENDANT ROBERT MURPHY

                                Respectfully Submitted,
                                By Their Attorney,

                                NANCY ANKERS WHITE
                                Special Assistant Attorney General

                                /s/ Brian P. Mansfield
                                Brian P. Mansfield, Counsel
                                Department of Correction
                                Massachusetts Treatment Center
                                30 Administration Road
                                Bridgewater, Massachusetts 02324
                                Telephone:  (508) 279-8183
                                Facsimile :  (508) 279-8181
                                BBO Number 564671

Dated: March 20, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that I did this day serve a photocopy of the above document upon the plaintiff by arranging for its delivery via the Department of Correction intra-facility mail system to him at Massachusetts Treatment Center, 30 Administration Road, Bridgewater, MA 02324.

|  |  |
|---|---|
|  | /s/Brian P. Mansfield |
| Dated: March 20, 2006 | Brian P. Mansfield |