UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

JOSEPH E. BLAKE

    V.                             CIVIL ACTION NO. 05-10508-RGS

ROBERT MURPHY, ET AL

# ORDER

STEARNS, DJ.                                            APRIL 13, 2006

THE PLAINTIFF, JOSEPH E. BLAKE, IS HEREBY ORDERED TO FILE A WRITTEN RESPONSE TO THE PENDING DEFENDANTS' MOTION TO DISMISS OR ALTERNATIVELY, FOR SUMMARY JUDGMENT, WITHIN FORTY-FIVE (45) DAYS OF THE DATE OF THIS ORDER.

SO ORDERED.

                                              RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

        BY:

                                              /s/ Mary H. Johnson
                                              Deputy Clerk

Sent to: Mr. Joseph E. Blake, c/o Massachusetts Treatment Center, 30 Administration Road, Bridgewater, MA 02324.