| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Joseph Gentle Moose Blake | COURT CASE NUMBER<br>C.A.05-10508-RGS |
|---|---|
| DEFENDANT<br>Robert Murphy | TYPE OF PROCESS<br>Civil Summons |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Robert Murphy

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
30 Administration Road, Bridgewater, Massachusetts 02324

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph Gentle Moose Blake
30 Administration Road
Bridgewater, MA 02324

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

The defendant being served in this instance is the Superintendent of the Nemansket Correctional Center and as such is generally available at the above address during normal business hours Monday - Friday.

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT   TELEPHONE NUMBER: N/A   DATE: 10-2-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk | Date<br>11/08/05 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): JESSICA DUTRA ADMIN ASSIST

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above):

Date of Service: 1/11/06    Time: 9:00 am

Signature of U.S. Marshal or Deputy

| Service Fee<br>67.50 | Total Mileage Charges (including endeavors)<br>20.44 | Forwarding Fee<br>— | Total Charges<br>87.94 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |

REMARKS:

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

JOSEPH BLAKE
       Plaintiff                      **SUMMONS IN A CIVIL CASE**
V.

ROBERT MURPHY, SUPERINTENDENT      CASE      C.A. 05-10508-RGS

**Defendants**

TO: (Name and address of Defendant)

**ROBERT MURPHY, SUPERINTENDENT**
30 Administration Road
Bridgewater, Massachusetts 02324

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**JOSEPH BLAKE, *PRO SE***

Mass. Treatment Center
30 Administration Rd.
Bridgewater, MA 02324

an answer to the complaint which is herewith served upon you,   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH ALLISON THORNTON            11/1/05
CLERK                                          DATE

(By) DEPUTY CLERK