UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 MAY 23 A 11:30
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NUMBER
05-cv-10508-RGS

Joseph Gentle Moose Blake,
    Plaintiff,

v.

Robert Murphy, et al,
    Defendants.

### PLAINTIFF'S MOTION TO FILE A MEMORANDUM IN EXCESS OF TWENTY PAGES

Now comes the Pro Se plaintiff, Joseph Gentle Moose Blake, and moves this Honorable Court to allow him to file a Memorandum In Support of Plaintiff's Motion in Opposition to Defendants Motion to Dismiss or in the Alternative for Summary Judgement, in excess of twenty pages permitted pursuant to L.R. 7.1 (B)(4).

As grounds therefore, the plaintiff states that the defendants filed a 52 page memorandum in support of their motion which the plaintiff had to rebut. As such, it is in the interest of justice to allow the plaintiff to file a memorandum in excess of 20 pages in order to fully respond to the defendants Motion/Memorandum.

**WHEREFORE**, the plaintiff respectfully requests that this Honorable Court allow this Motion.

Dated: 5/17/06

Respectfully Submitted,
Joseph Gentle Moose Blake, Plaintiff

_____
Joseph Gentle Moose Blake
Nemansket Correctional Center
30 Administration Road
Bridgewater, MA 02324

2.

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the above document to be served upon the Attorney of record for the defendants by Intra-Facility Mail 30 Administration Road, Bridgewater, MA 02324.

Dated: 5/17/06

Joseph Gentle Moose Blake, Plaintiff
Nemansket Correctional Center
30 Administration Road
Bridgewater, MA 02324