AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

Joseph Blake
v.
Robert Murphy

**APPEARANCE**

Case Number: 05-10508

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph Blake

I certify that I am admitted to practice in this court.

| 3/9/07 | [signature] |
|---|---|
| Date | Signature |

MICHAEL D. LEEDBERG       660832
Print Name                              Bar Number

10 WINTHROP SQ.
Address

BOSTON          MA          02110
City                State        Zip Code

617-350-0956 x105     350-7760
Phone Number                        Fax Number