UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH BLAKE,<br>  Plaintiff,<br><br>v.<br><br>ROBERT MURPHY, ET AL.,<br>  Defendants. | )<br>)<br>)<br>)  C.A. No. 05-10508-RGS<br>)<br>)<br>) |

ORDER FOR APPOINTMENT OF *PRO BONO* COUNSEL

STEARNS, D.J.

  This Court has been advised that *pro bono* counsel has been obtained at this time to represent Plaintiff in this litigation. Accordingly, Plaintiff's previous request for *pro bono* counsel is hereby ALLOWED.

  It is hereby ORDERED that **Michael D. Leedberg, Esq.*** is appointed to represent the Plaintiff under the provisions of the United States District Court Plan for the Appointment of Counsel For Indigent Parties in Civil Cases, unless this appointment is declined by written notice (copy to *pro bono* coordinator) within twenty-one (21) days from the date of this Order. Once this order takes effect, appointed counsel or his or her designated associate(s) shall: (1) promptly file a Notice of Appearance in this action; and (2) serve until the litigation is terminated or the Court enters an order revoking said appointment.

  This appointment is limited solely to those matters at issue in this case. Counsel is not being appointed to represent the Plaintiff generally or in any other proceeding.

SO ORDERED.

                       By the Court,

Date: March 9, 2007            /s/ Rebecca Greenberg
                       Rebecca Greenberg
* Contact Information:         Pro Se Staff Attorney
Michael D. Leedberg, Esq.
Pierce, Davis & Perritano, LLP
10 Winthrop Square
Boston, MA 02110-1257
617-350-0950 x 105
(f)617-350-7760
mleedberg@piercedavis.com