UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH GENTLE MOOSE BLAKE,<br>    Plaintiff,<br><br>v.<br><br>ROBERT MURPHY, et al.,<br>    Defendants. | C.A. No. 05-10508-RGS |

## ASSENTED MOTION FOR CONTINUANCE OF STATUS CONFERENCE

Pursuant to Local Rule 40.3(A), the plaintiff hereby moves for a continuance of the Status Conference scheduled for May 2, 2007 at 2:30 PM, until June 5, 007, 2007 at 2:30 PM. As grounds therefore, the plaintiff's attorney has recently received notice to appear and argue a Motion for Summary Judgment in state court in the case of Pino v. Tewksbury, Middlesex Superior Court docket number MICV2004-03290 on May 2, 2007 at 2:00 PM in Lowell Superior Court (notice attached as Exhibit 1). The Pino case is scheduled for trial on June 11, 2007, should the motion not be granted, and a continuance is therefore not feasible in that case (trial notice attached as Exhibit 2). The plaintiff's attorney has conferred with the supervising attorney Mary Murray, Esq. of the defendants' attorney's legal office on April 25, 2007, and she has expressed her assent to this motion.

WHEREFORE, the plaintiff moves that this Honorable Court continue the Status Conference until June 5, 2007 at 2:30 PM due to an otherwise irreconcilable conflict in his

attorney's schedule.

                                  Plaintiff,
                                  JOSEPH GENTLE MOOSE BLAKE,

                                  By his attorney,

                                  **PIERCE, DAVIS & PERRITANO, LLP**

                                  _/s/ Michael D. Leedberg_
                                  Michael D. Leedberg, BBO #660832
                                  Ten Winthrop Square
                                  Boston, MA 02110
                                  (P) 617-350-0950

Date: April 25, 2007

**Commonwealth of Massachusetts**
**County of Middlesex**
**The Superior Court**

CIVIL DOCKET# **MICV2004-03290**

RE: **Pino, (father) et al v Tewksbury**

TO: Michael D. Leedberg, Esquire
Pierce Davis & Perritano
10 Winthrop Square
5th floor
Boston, MA 02110

## NOTICE TO APPEAR FOR MOTION HEARING

The Court will hear argument on the motion(s) referenced below

**Motion/Hearing: Rule56**

Counsel should appear as follows:

DATE:      **05/02/2007**
TIME:      **02:00 PM**
LOCATION:  **Cv CrtRm (Lowell)**

Dated at Lowell, Massachusetts this 20th day of April, 2007.

BY:

Michael A. Sullivan,
Clerk of the Courts

Michael Brennan
Assistant Clerk

Telephone: 978-453-0201

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130--*Check website as to status of case: http://ma-trialcourts.org/tcic*
cvchrgmot_2.wpd 703464 hrg56 erricoc

**Commonwealth of Massachusetts**
County of Middlesex
The Superior Court

CIVIL DOCKET# **MICV2004-03290**

RE:   **Pino, (father) et al v Tewksbury**

TO: Michael D. Leedberg, Esquire
     Pierce Davis & Perritano
     10 Winthrop Square
     5th floor
     Boston, MA 02110

**NOTICE TO APPEAR FOR TRIAL**

A trial has been scheduled for the above referenced case as follows:

   DATE:        **06/11/2007**
   TIME:        **09:00 AM**
   LOCATION:    **Cv CrtRm (Lowell)**

All <u>trial counsel are required to attend</u>.

Dated at Lowell, Massachusetts this 11th day of January, 2007.

                                                BY:
                                                      Michael Brennan
                                                      Assistant Clerk

Telephone: 978-453-0201

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**
*Check website as to status of case: **http://ma-trialcourts.org/tcic***

cvctrinot_2.wpd 693462 triju ginger

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-10508 RGS

| | |
|---|---|
| JOSEPH GENTLE MOOSE BLAKE<br>    Plaintiff,<br>v.<br><br>ROBERT MURPHY & KATHLEEN DENNEHY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF ASSENT**

Counsel for the plaintiff, Joseph Gentle Moose Blake, hereby certifies that, pursuant to Local Rule 7.1(A)(2), I was able to confer with Mary Murray, Esq., supervising attorney at the defendants' attorney's legal department on April 25, 2007, and during that conference, Attorney Murray assented to the plaintiff's Motion for Continuance of the Status Conference until June 5, 2007 at 2:30 PM.

The Plaintiff,

JOSEPH GENTLE MOOSE BLAKE,
By its attorneys,
PIERCE, DAVIS & PERRITANO, LLP

_____
Michael D. Leedberg, BBO #660832
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: April 25, 2007