UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10508-RGS

**JOSEPH E. BLAKE,**
         **Plaintiff,**

v.

**ROBERT MURPHY,** *et al*,
         **Defendants.**

---

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**
**(ASSENTED TO)**

---

NOW COMES the Defendants, Robert Murphy and Kathleen Dennehy,[1] by and through undersigned counsel, and hereby moves this honorable Court to enlarge the time for serving a responsive pleading to plaintiff's second amended complaint, up to and including July 6, 2007. This motion was assented to by counsel for the plaintiff at the status conference on June 5, 2007.

|  |  |
|---|---|
|  | Respectfully Submitted by the Commonwealth NANCY ANKERS WHITE Special Assistant Attorney General |
| by: | /s/ Brian P. Mansfield Brian P. Mansfield, Counsel Department of Correction Massachusetts Treatment Center 30 Administration Road Bridgewater, Massachusetts 02324 (508) 279-8180 |
| Dated: July 6, 2007 | BBO Number 564671 |

---

1 The Massachusetts Department of Correction ("DOC") was originally a defendant in this action. On or about October 31, 2005, the Court dismissed all claims against DOC. To the extent that the defendant raises any additional claims against DOC in his Amended complaint, undersigned counsel will represent DOC as well.

## **CERTIFICATE OF SERVICE**

      I hereby certify that I did this day serve a photocopy of the above document upon the plaintiff by filing electronically.

|  |  |
|---|---|
|  | /s/ Brain P. Mansfield |
| Dated: June 6, 2007 | Brian P. Mansfield |