UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10508-RGS

JOSEPH E. BLAKE,
    Plaintiff,

v.

ROBERT MURPHY, *et al*,
    Defendants.

---

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S
SECOND AMENDED COMPLAINT, OR, IN
THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

---

Pursuant to Fed. R. Civ. P. 12 (b)(6), defendants Robert Murphy and Kathleen Dennehy move to dismiss the plaintiff's second amended complaint. Alternatively, the defendant moves for summary judgment pursuant to Fed. R. Civ. P. 56 (c). In support of this motion defendants submit a memorandum of law.

                                      DEFENDANT ROBERT MURPHY
                                      Respectfully Submitted,
                                      By Their Attorney,

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General

                                      /s/ Brian P. Mansfield
                                      Brian P. Mansfield, Counsel
                                      Department of Correction
                                      Massachusetts Treatment Center
                                      30 Administration Road
                                      Bridgewater, Massachusetts 02324
                                      Telephone:  (508) 279-8183
                                      Facsimile :  (508) 279-8181
                                      BBO Number 564671

Dated: July 6, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that I did this day served the above by filing electronically with the Court.

|  |  |
|---|---|
|  | /s/ Brain P. Mansfield |
| Dated: July 6, 2007 | Brian P. Mansfield |