UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-10508-RGS

**JOSEPH E. BLAKE,**
    **Plaintiff,**

v.

**ROBERT MURPHY,** *et al*,
    **Defendants.**

## MOTION TO FILE MEMORANDUM IN EXCESS OF TWENTY PAGES OF DEFENDANT COMMONWELTH OF MASSACHUSETTS

Now come defendants, Robert Murphy and Kathleen Dennehy, and move this Honorable Court to allow them to file a memorandum in support of their Motion to Dismiss/Summary Judgment, in excess of the 20 pages permitted pursuant to LR. 7.1(B)(4).

As grounds therefor, the defendants state that the plaintiff has filed an emended complaint containing 10 separate counts against the defendant. Furthermore, this Court has ordered the defendants to respond "in detail" to plaintiff's allegations regarding his conditions of confinement. As such, it is in the interest of justice to allow the defendants to file a memorandum in excess of 20 pages in order to fully respond to the plaintiff's numerous factual allegations, legal arguments and theories of recovery.

WHEREFORE, the Defendant respectfully requests that this Honorable Court allow this motion.

...

Defendants Robert Murphy and Kathleen Dennehy,

NANCY ANKERS WHITE
Special Assistant Attorney General

By  /s/ Brian P. Mansfield
    Brian P. Mansfield, Counsel
    Department of Correction
    Massachusetts Treatment Center
    30 Administration Road
    Bridgewater, Massachusetts 02324
    (508) 279-8183
    (508) 279-8181 (fax)
    BBO # 564671

Dated: July 6, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I did this day served the above by filing electronically with the Court.

Dated: July 6, 2007

/s/ Brain P. Mansfield
Brian P. Mansfield