UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-10508 RGS

|  |  |
|---|---|
| JOSEPH GENTLE MOOSE BLAKE<br> Plaintiff,<br>v.<br><br>ROBERT MURPHY & KATHLEEN DENNEHY,<br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S ASSENTED MOTION FOR EXTENSION OF TIME
TO OPPOSE THE DEFENDANTS' MOTION TO DISMISS**

Now comes the plaintiff, Joseph Gentle Moose Blake, pursuant to rule 6(b)(1) of the Federal Rules of Civil Procedure and Local Rule 7.1(B)(2), and moves this Honorable Court to enlarge the time for plaintiff to respond to the defendants' Motion to Dismiss. The Motion was filed and served on July 6, 2007, and the Opposition due by July 20, 2007. L.R. 7.1(B)(2). The plaintiff respectfully requests an extension of time of thirty days, up to an including August 19, 2007. As grounds therefore, the defendant states:

1. The plaintiff and all potential fact witness are committed to the Massachusetts Treatment Center. Department of Corrections security limits their access to phones, visitors and mail, all of which substantially complicate and delay communication with counsel. To oppose the Motion, counsel will need more than the ordinary amount of time to gather the necessary information and affidavits from the plaintiff and his witnesses under the circumstances.

2. The factual and legal issues implicated by the plaintiff's claims and the

defendants' Motion are many and complex, and will require additional time to thoroughly analyze and brief for the Court.

3. No party will suffer prejudice if the extension of time is granted.

4. This matter has not been scheduled for trial.

5. The Opposition deadline has not yet passed.

6. Counsel for the defendants has graciously agreed to this extension.

WHEREFORE, the plaintiff respectfully requests that this Honorable Court enlarge the deadline for the plaintiff to Oppose the defendants' Motion to Dismiss by thirty days, up to and including August 19, 2007.

The Plaintiff,

JOSEPH GENTLE MOOSE BLAKE,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
Michael D. Leedberg, BBO #660832
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: July 12, 2007

## CERTIFICATE OF SERVICE

I, Michael D. Leedberg, attorney for the plaintiff in the above-entitled action, hereby certify that I served upon counsel of record a copy of the foregoing by electronically filing with the U.S. District Court, on this 12th day of July, 2007.

_____
Michael D. Leedberg

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-10508 RGS

| | |
|---|---|
| JOSEPH GENTLE MOOSE BLAKE )<br>    Plaintiff, )<br>v. )<br> )<br>ROBERT MURPHY & KATHLEEN DENNEHY, )<br>    Defendants. )<br> ) | |

## CERTIFICATION OF ASSENT

Counsel for the plaintiff, Joseph Gentle Moose Blake, hereby certifies that, pursuant to Local Rule 7.1(A)(2), I was able to confer with Brian Mansfield, Esq., counsel for the defendants on July 12, 2007, and during that conference, Attorney Mansfield assented to the plaintiff's Motion for Extension of Time to Oppose defendants Motion to Dismiss/Motion for Summary Judgment by 30 days, up to and including August 19, 2007.

The Plaintiff,

JOSEPH GENTLE MOOSE BLAKE,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
Michael D. Leedberg, BBO #660832
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: July 12, 2007

1

## CERTIFICATE OF SERVICE

    I, Michael D. Leedberg, attorney for the plaintiff in the above-entitled action, hereby certify that I served upon counsel of record a copy of the foregoing by electronically filing with the U.S. District Court, on this 12th day of July, 2007.

/s/ Michael D. Leedberg
_____
Michael D. Leedberg