# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## WRIT OF HABEAS CORPUS

TO THE U.S. MARSHAL FOR THE DISTRICT OF MASSACHUSETTS, or any of his deputies, and to: DIRECTOR, MASSACHUSETTS TREATMENT CENTER, BRIDGEWATER

YOU ARE COMMANDED to have the body of __Joseph "Gentle Moose" Blake__, now in your custody, before the United States District Court for the District of Massachusetts, United States Courthouse, One Courthouse Way, Courtroom No. __25__, on the __7th__ floor, Boston, Massachusetts on __November 7, 2007__ at __11:30 a.m.__ for the purpose of: __A motion hearing__ in the case of: __BLAKE__ v. __MURPHY__, CA Number: __05-10508-RGS__.

And you are to retain the body of said __Joseph "Gentle Moose" Blake__ while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said __Joseph "Gentle Moose" Blake__ to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this Writ with your doings herein.

Dated this __15__ day of __October, 2007__.

_Marianne B. Bowler USMJ_
UNITED STATES MAGISTRATE JUDGE

SARAH A. THORNTON
CLERK OF COURT

By: _Marc K Duffy, Esq._
Deputy Clerk

(HABEAS CORPUS(Blake3).wpd - 3/7/2005)