UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION No. 05-10508 RGS

| | |
|---|---|
| JOSEPH GENTLE MOOSE BLAKE<br>Plaintiff,<br>v.<br><br>ROBERT MURPHY & KATHLEEN DENNEHY,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF ASSENT**

Counsel for the plaintiff, Joseph Gentle Moose Blake, hereby certifies that, pursuant to Local Rule 7.1(A)(2), I was able to confer with Brian Mansfield, Esq., supervising attorney at the defendants' attorney's legal department on October 19, 2007, and during that conference, counsel for both parties assented to continue the Motion hearing scheduled for November 7, 2007 until November 19, 2007 at 11:30 a.m.

The Plaintiff,

JOSEPH GENTLE MOOSE BLAKE,
By its attorneys,
**PIERCE, DAVIS & PERRITANO, LLP**

_____
Michael D. Leedberg, BBO #660832
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Dated: October 23, 2007

1

## CERTIFICATE OF SERVICE

    I, Michael D. Leedberg, attorney for the plaintiff in the above-entitled action, hereby certify that I served upon counsel of record a copy of the foregoing by electronically filing with the U.S. District Court, on this 23rd day of October, 2007.

_____
Michael D. Leedberg