UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSEPH GENTLE MOOSE BLAKE,<br>　　　Plaintiff,<br><br>v.<br><br>ROBERT MURPHY, et al.,<br>　　　Defendants. | C.A. No. 05-10508-RGS |

### NOTICE OF CHANGE OF ADDRESS

　　Effective **April 7, 2008** the Law Office of Pierce, Davis & Perritano, LLP, will be relocating. The new address is as follows:

**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114-2018
(P) (617) 350-0950
(F) (617) 350-7760

　　The telephone and facsimile numbers of the firm remain unchanged.

　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　JOSEPH GENTLE MOOSE BLAKE,

　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　PIERCE, DAVIS & PERRITANO, LLP

　　　　　　　　　　　　_/s/ John J. Davis_____
　　　　　　　　　　　　John J. Davis, BBO #115890
　　　　　　　　　　　　Michael D. Leedberg, BBO #660832
　　　　　　　　　　　　Ten Winthrop Square
　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　(P) 617-350-0950

## CERTIFICATE OF SERVICE

    I, Michael D. Leedberg, attorney for the plaintiff in the above-entitled action, hereby certify that I served upon counsel of record a copy of the foregoing by electronically filing with the U.S. District Court, on this 27th day of March, 2008.

                                                                           _____
                                                                           Michael D. Leedberg